**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ZIMMER SPINE, INC. f/k/a CENTERPULSE SPINE-TECH INC., | ) ) ) ) | Case No. 05 CV 585 (MJD/JGL) |
| Plaintiff, | ) ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) ) | |
| ALTIVA CORPORATION, | ) ) | |
| Defendant. | ) | |

In light of the prior stay order entered in this matter (Docket No. 43), and based upon the stipulation of the parties (Docket No. 47), it is hereby ORDERED:

The time period of the Court's jurisdiction is extended through and including December 16, 2005, to allow the parties additional time to finalize the written Settlement Agreement in this case and submit a final proposed Order of Dismissal to the Court.

The prior stay order entered in this matter (Docket No. 43) remains in effect until that time.

IT IS SO ORDERED:


Dated: December 19, 2005    s/ Michael J. Davis
                            Michael J. Davis
                            United States District Court Judge